# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER JONES, | No. CV 06-2063-PA (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CHARLES HARRISON, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 2, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE